### BROWN *v.* THE STATE.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—This case falls within that of *Justice* v. *The State*, 17 Ind. 56.

The judgment is reversed.

*McDonald & Roache*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.

---

### DOWNEY *v.* THE STATE.

APPEAL from the *Steuben* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed with costs, on the case of *The State* v. *Carpenter*, at this term, [*supra.*]

*A. Ellison*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.